| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>RAS Citron, LLC<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor Wilmington<br>Savings Fund Society, FSB | |
| In Re:<br><br>Lyod S. Miles<br><br>Debtor, | Case No.:  19-21944-JKS<br><br>Adversary No.: _____<br><br>Chapter:  13<br><br>Judge:  John K. Sherwood |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
(Example: John Smith, creditor)

        Old address:    Selene Finance, LP
                        Attn: BK Dept.
                        9990 Richmond Ave. Suite 400 South
                        Houston, TX 77042

        New address:    (Notices) Selene Finance, LP
                        Attn: BK Dept.
                        3501 Olympus Blvd, Suite 500
                        Dallas, TX 75019

                        (Payments) Selene Finance, LP
                        Attn: BK Dept.
                        3501 Olympus Blvd, Suite 500
                        Dallas, TX 75019

        New phone no.:
        (if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Dated 6/7/2022                                     /s/Harold Kaplan
                                                   Signature

# **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on ___June 16, 2022__, I electronically filed the Request for Notice with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

**Lyod S. Miles**
83 West Hudson Avenue
Englewood, NJ 07631

And via electronic mail to:

**Michael G. Boyd**
Chestnut Hill Professional Center
157 Engle Street
Englewood, NJ 07631

**Marie-Ann Greenberg**
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004-1550

**U.S. Trustee**
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102


                By: /s/ Angela Gill