UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Judge: _____

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.  ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2.  I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☐ Other (**explain your answer**):

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: _____          _____
                                        Debtor's Signature

Date: _____          _____
                                        Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

# Make A Payment

APRIL PMT

1. Accept Terms & Conditions    2. Confirm Payment Details    **3. Payment Completed**

## Payment Complete – Confirmation

Your payment has now been submitted. Please print this page for your records.

**On the 09 Jun 2022, $ 842.00 will be debited from your account.**

| | |
|---|---|
| Confirmation Number: | 8519321 |
| Payer Name: | Lyod Miles |
| Payer Email Address: | lyodmiles@gmail.com |
| Online Payment ID: | 19219444206 |
| Marie-Ann Greenberg: | Marie-Ann Greenberg |
| Payment Type: | Single Payment |
| Payment Entered Date: | 08 Jun 2022 |
| Payment Date: | 08 Jun 2022 |
| Payment Effective Date: | 09 Jun 2022 |
| Payment Amount: | $ 840.00 |
| Bank Processing Fee: | $ 2.00 |
| **Total Amount:** | **$ 842.00** |

Please note, this payment will show as two separate debits to your banking account in the amounts of $ 840.00 and $ 2.00

⇩ Close Window    ⇩ Print

# Make A Payment

1. Accept Terms & Conditions    2. Confirm Payment Details    **3. Payment Completed**

## Payment Complete - Confirmation

Your payment has now been submitted. Please print this page for your records.

*On the 21 Jun 2022, $ 842.00 will be debited from your account.*

| | |
|---|---|
| Confirmation Number: | 8540589 |
| Payer Name: | Lyod Miles |
| Payer Email Address: | lyodmiles@gmail.com |
| Online Payment ID: | 19219444206 |
| Marie-Ann Greenberg: | Marie-Ann Greenberg |
| Payment Type: | Single Payment |
| Payment Entered Date: | 19 Jun 2022 |
| Payment Date: | 20 Jun 2022 |
| Payment Effective Date: | 21 Jun 2022 |
| Payment Amount: | $ 840.00 |
| Bank Processing Fee: | $ 2.00 |
| **Total Amount:** | **$ 842.00** |

*Please note, this payment will show as two separate debits to your banking account in the amounts of $ 840.00 and $ 2.00*

 Close Window    Print

https://onlinebillpresentmentandpayment.truist.com/custom_cm/EBPP_Payment_m2.asp    1/1

# Make A Payment

*JUNE*

1. Accept Terms & Conditions    2. Confirm Payment Details    3. Payment Completed

## Payment Complete – Confirmation

Your payment has now been submitted. Please print this page for your records.

**On the 23 Jun 2022, $ 842.00 will be debited from your account.**

| | |
|---|---|
| Confirmation Number: | 8543616 |
| Payer Name: | Lyod Miles |
| Payer Email Address: | lyodmiles@gmail.com |
| Online Payment ID: | 19219444206 |
| Marie-Ann Greenberg: | Marie-Ann Greenberg |
| Payment Type: | Single Payment |
| Payment Entered Date: | 21 Jun 2022 |
| Payment Date: | 22 Jun 2022 |
| Payment Effective Date: | 23 Jun 2022 |
| Payment Amount: | $ 840.00 |
| Bank Processing Fee: | $ 2.00 |
| **Total Amount:** | **$ 842.00** |

*Please note, this payment will show as two separate debits to your banking account in the amounts of $ 840.00 and $ 2.00*

 Close Window     Print