Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JUNE 20, 2024

**Chapter 13 Case # 19-21944**

Re:  LYOD S. MILES                                          Atty:  MICHAEL G. BOYD, ESQ.
     83 WEST HUDSON AVENUE                                         157 ENGLE STREET
     ENGLEWOOD, NJ  07631                                          ENGLEWOOD, NJ  07631

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $50,400.00**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/02/2019 | $840.00 | 5988471000 | 08/02/2019 | $840.00 | 6064824000 |
| 09/03/2019 | $840.00 | 6143928000 | 10/10/2019 | $840.00 | 6246197000 |
| 11/04/2019 | $840.00 | 6299047000 | 12/05/2019 | $840.00 | 6383478000 |
| 12/06/2019 | $840.00 | 6383478000 | 12/10/2019 | ($840.00) | 6383478000 |
| 01/27/2020 | $840.00 | 6504731000 | 03/02/2020 | $840.00 | 6604025000 |
| 03/26/2020 | $840.00 | 6663340000 | 04/23/2020 | $840.00 | 6733720000 |
| 05/26/2020 | $840.00 | 6809099000 | 06/09/2020 | $840.00 | 6854916000 |
| 07/23/2020 | $840.00 | 6959130000 | 08/28/2020 | $840.00 | 7040803000 |
| 09/24/2020 | $840.00 | 7107254000 | 10/29/2020 | $840.00 | 7191101000 |
| 11/30/2020 | $840.00 | 7261564000 | 12/24/2020 | $840.00 | 7327199000 |
| 01/28/2021 | $840.00 | 7408834000 | 02/25/2021 | $840.00 | 7477470000 |
| 03/31/2021 | $840.00 | 7561726000 | 04/26/2021 | $840.00 | 7617888000 |
| 05/25/2021 | $840.00 | 7692630000 | 06/25/2021 | $840.00 | 7763354000 |
| 07/29/2021 | $840.00 | 7841459000 | 08/26/2021 | $840.00 | 7902383000 |
| 10/04/2021 | $840.00 | 7991345000 | 11/19/2021 | $840.00 | 8093039000 |
| 12/23/2021 | $840.00 | 8164818000 | 01/11/2022 | $840.00 | 8204188000 |
| 02/11/2022 | $840.00 | 8271523000 | 03/30/2022 | $840.00 | 8370258000 |
| 05/02/2022 | $840.00 | 8430578000 | 06/09/2022 | $840.00 | 8519321000 |
| 06/21/2022 | $840.00 | 8540589000 | 06/23/2022 | $840.00 | 8543616000 |
| 07/12/2022 | $840.00 | 8583607000 | 08/03/2022 | $840.00 | 8627977000 |
| 09/08/2022 | $840.00 | 8696055000 | 10/14/2022 | $840.00 | 8766573000 |
| 11/14/2022 | $840.00 | 8822989000 | 12/09/2022 | $840.00 | 8874074000 |
| 01/12/2023 | $840.00 | 8934656000 | 02/09/2023 | $840.00 | 8990097000 |
| 03/09/2023 | $840.00 | 9045460000 | 04/12/2023 | $840.00 | 9106902000 |
| 05/09/2023 | $840.00 | 9158045000 | 06/09/2023 | $840.00 | 9214855000 |
| 07/10/2023 | $840.00 | 9267139000 | 08/09/2023 | $840.00 | 9320745000 |
| 09/11/2023 | $840.00 | 9373640000 | 10/11/2023 | $840.00 | 9425715000 |
| 11/02/2023 | $840.00 | 9463428000 | 12/05/2023 | $840.00 | 9517806000 |
| 01/04/2024 | $840.00 | 9564537000 | 02/07/2024 | $840.00 | 9623241000 |
| 03/04/2024 | $840.00 | 9665006000 | 04/09/2024 | $840.00 | 9727205000 |

**Chapter 13 Case # 19-21944**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/09/2024 | $840.00 | 9777646000 | 06/10/2024 | $840.00 | 9826602000 |

**Total Receipts: $50,400.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $50,400.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,050.81 | |
| ATTY | ATTORNEY | ADMIN | 2,750.00 | 100.00% | 2,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 3,469.37 | * | 639.54 | |
| 0002 | COMENITY CAPITAL BANK - BANKRUPTC | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | DSNB BLOOMINGDALES | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | DELL FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | DISCOVER BANK | UNSECURED | 3,897.21 | * | 718.41 | |
| 0006 | AMERICREDIT FINANCIAL SERVICES, IN( | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0007 | LVNV FUNDING LLC | UNSECURED | 513.53 | * | 94.66 | |
| 0008 | LENDING CLUB CORPORATION | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | MB FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | NEW JERSEY HOUSING AND MORTGAGE | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0011 | NISSAN-INFINITI LT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0013 | QUANTUM3 GROUP LLC | UNSECURED | 1,667.42 | * | 307.37 | |
| 0015 | SYNB/PC RICHARD | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | TD BANK USA NA | UNSECURED | 2,928.80 | * | 539.88 | |
| 0019 | WILMINGTON SAVINGS FUND SOCIETY F | MORTGAGE ARRE | 34,280.20 | 100.00% | 34,280.20 | |
| 0020 | WELLS FARGO BANK NA | UNSECURED | 1,872.22 | * | 345.12 | |
| 0021 | DAIMLER TRUST | UNSECURED | 15,586.96 | * | 2,873.29 | |
| 0022 | WELLS FARGO BANK NA | SECURED | 3,159.75 | 100.00% | 3,159.75 | |
| 0023 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 1,791.09 | * | 330.17 | |
| 0024 | AMERICREDIT FINANCIAL SERVICES, IN( | (NEW) Auto Agreec | 538.00 | 100.00% | 538.00 | |

**Total Paid: $49,627.20**
See Summary

## LIST OF PAYMENTS TO CLAIMS  (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AMERICREDIT FINANCIAL SERVICES, INC. | | | | | | | |
| | 01/09/2023 | $94.65 | 903784 | | 02/13/2023 | $47.33 | 905306 |
| | 03/13/2023 | $47.33 | 906918 | | 04/17/2023 | $47.33 | 908504 |
| | 05/15/2023 | $47.33 | 910136 | | 06/12/2023 | $46.82 | 911598 |
| | 07/17/2023 | $46.82 | 913110 | | 08/14/2023 | $46.83 | 914627 |
| | 09/18/2023 | $46.82 | 916127 | | 10/16/2023 | $46.83 | 917621 |
| | 11/13/2023 | $19.91 | 919051 | | | | |
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 11/13/2023 | $47.98 | 919117 | | 12/11/2023 | $84.51 | 920534 |
| | 01/08/2024 | $84.51 | 921917 | | 02/12/2024 | $84.51 | 923271 |
| | 03/11/2024 | $84.51 | 924721 | | 04/15/2024 | $84.49 | 926160 |
| | 05/10/2024 | $84.52 | 927631 | | 06/17/2024 | $84.51 | 929034 |
| DAIMLER TRUST | | | | | | | |
| | 11/13/2023 | $215.58 | 919204 | | 12/11/2023 | $379.68 | 920623 |
| | 01/08/2024 | $379.67 | 921999 | | 02/12/2024 | $379.67 | 923354 |
| | 03/11/2024 | $379.66 | 924811 | | 04/15/2024 | $379.69 | 926248 |
| | 05/10/2024 | $379.67 | 927718 | | 06/17/2024 | $379.67 | 929132 |

**Chapter 13 Case # 19-21944**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DISCOVER BANK | | | | | | | |
| | 11/13/2023 | $53.90 | 919223 | | 12/11/2023 | $94.93 | 920638 |
| | 01/08/2024 | $94.93 | 922014 | | 02/12/2024 | $94.93 | 923373 |
| | 03/11/2024 | $94.93 | 924827 | | 04/15/2024 | $94.93 | 926265 |
| | 05/10/2024 | $94.93 | 927736 | | 06/17/2024 | $94.93 | 929149 |
| LVNV FUNDING LLC | | | | | | | |
| | 11/13/2023 | $7.10 | 919401 | | 12/11/2023 | $12.51 | 920797 |
| | 01/08/2024 | $12.51 | 922185 | | 02/12/2024 | $12.51 | 923558 |
| | 03/11/2024 | $12.51 | 924992 | | 04/15/2024 | $12.51 | 926454 |
| | 05/10/2024 | $12.50 | 927894 | | 06/17/2024 | $12.51 | 929338 |
| MTGLQ INVESTORS LP | | | | | | | |
| | 11/18/2019 | $445.46 | 837762 | | 12/16/2019 | $729.11 | 839676 |
| | 01/13/2020 | $729.11 | 841560 | | 03/16/2020 | $729.11 | 845362 |
| | 04/20/2020 | $729.11 | 847300 | | 05/18/2020 | $729.11 | 849149 |
| | 06/15/2020 | $692.20 | 850838 | | 07/20/2020 | $1,403.62 | 852665 |
| | 09/21/2020 | $711.43 | 856360 | | 10/19/2020 | $711.43 | 858218 |
| | 11/16/2020 | $711.43 | 859999 | | | | |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 11/13/2023 | $23.06 | 8003807 | | 12/11/2023 | $40.62 | 8003860 |
| | 01/08/2024 | $40.62 | 8003907 | | 02/12/2024 | $40.62 | 8003949 |
| | 03/11/2024 | $40.61 | 8003992 | | 04/15/2024 | $40.61 | 8004036 |
| | 05/10/2024 | $40.61 | 8004087 | | 06/17/2024 | $40.62 | 8004132 |
| TD BANK USA NA | | | | | | | |
| | 11/13/2023 | $40.51 | 919832 | | 12/11/2023 | $71.34 | 921244 |
| | 01/08/2024 | $71.34 | 922594 | | 02/12/2024 | $71.34 | 924020 |
| | 03/11/2024 | $71.34 | 925448 | | 04/15/2024 | $71.35 | 926947 |
| | 05/10/2024 | $71.32 | 928317 | | 06/17/2024 | $71.34 | 929829 |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 11/13/2023 | $24.77 | 918795 | | 12/11/2023 | $43.63 | 920215 |
| | 01/08/2024 | $43.63 | 921617 | | 02/12/2024 | $43.63 | 922943 |
| | 03/11/2024 | $43.63 | 924409 | | 04/15/2024 | $43.62 | 925824 |
| | 05/10/2024 | $43.63 | 927317 | | 06/17/2024 | $43.63 | 928688 |

**Chapter 13 Case # 19-21944**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| WELLS FARGO BANK NA | | | | | | | |
| | 11/18/2019 | $41.06 | 838477 | | 12/16/2019 | $67.21 | 840344 |
| | 01/13/2020 | $67.21 | 842243 | | 03/16/2020 | $67.21 | 846067 |
| | 04/20/2020 | $67.21 | 848037 | | 05/18/2020 | $67.21 | 849771 |
| | 06/15/2020 | $63.80 | 851471 | | 07/20/2020 | $129.38 | 853358 |
| | 09/21/2020 | $65.57 | 857070 | | 10/19/2020 | $65.57 | 858882 |
| | 11/16/2020 | $65.57 | 860646 | | 12/21/2020 | $65.57 | 862564 |
| | 01/11/2021 | $65.57 | 864117 | | 02/22/2021 | $65.58 | 866093 |
| | 03/15/2021 | $65.57 | 867661 | | 04/19/2021 | $65.58 | 869580 |
| | 05/17/2021 | $65.57 | 871368 | | 06/21/2021 | $65.58 | 873226 |
| | 07/19/2021 | $66.64 | 874934 | | 08/16/2021 | $66.64 | 876645 |
| | 09/20/2021 | $66.64 | 878440 | | 10/18/2021 | $66.64 | 880166 |
| | 11/17/2021 | $67.35 | 881831 | | 01/10/2022 | $67.35 | 885121 |
| | 02/14/2022 | $134.69 | 886861 | | 03/14/2022 | $67.35 | 888524 |
| | 05/16/2022 | $68.41 | 891934 | | 06/20/2022 | $68.41 | 893698 |
| | 07/18/2022 | $68.41 | 895316 | | 08/15/2022 | $205.23 | 896861 |
| | 09/19/2022 | $68.41 | 898550 | | 10/05/2022 | ($68.41) | 893698 |
| | 10/05/2022 | $68.41 | 898659 | | 10/17/2022 | $68.41 | 900146 |
| | 11/14/2022 | $66.99 | 901721 | | 01/09/2023 | $126.00 | 904733 |
| | 02/13/2023 | $63.00 | 906326 | | 03/13/2023 | $63.00 | 907894 |
| | 04/17/2023 | $63.00 | 909557 | | 05/15/2023 | $63.00 | 911041 |
| | 06/12/2023 | $62.33 | 912556 | | 07/17/2023 | $62.33 | 914082 |
| | 08/14/2023 | $62.33 | 915550 | | 09/18/2023 | $62.33 | 917082 |
| | 10/16/2023 | $62.33 | 918512 | | 11/13/2023 | $26.51 | 919959 |
| | 11/13/2023 | $25.89 | 919959 | | 12/11/2023 | $45.61 | 921359 |
| | 01/08/2024 | $45.60 | 922705 | | 02/12/2024 | $45.60 | 924147 |
| | 03/11/2024 | $45.61 | 925562 | | 04/15/2024 | $45.60 | 927069 |
| | 05/10/2024 | $45.61 | 928442 | | 06/17/2024 | $45.60 | 929959 |
| WILMINGTON SAVINGS FUND SOCIETY FSB | | | | | | | |
| | 12/21/2020 | $711.43 | 860821 | | 01/11/2021 | $711.43 | 862733 |
| | 02/22/2021 | $711.42 | 864251 | | 03/15/2021 | $711.43 | 866240 |
| | 04/19/2021 | $711.42 | 867794 | | 05/17/2021 | $711.43 | 869756 |
| | 06/21/2021 | $711.42 | 871515 | | 07/19/2021 | $722.96 | 873379 |
| | 08/16/2021 | $722.96 | 875068 | | 09/20/2021 | $722.96 | 876788 |
| | 10/18/2021 | $722.96 | 878587 | | 11/17/2021 | $730.65 | 880296 |
| | 01/10/2022 | $730.65 | 883598 | | 02/14/2022 | $1,461.31 | 885262 |
| | 03/14/2022 | $730.65 | 887001 | | 05/16/2022 | $742.19 | 890431 |
| | 06/20/2022 | $742.19 | 893724 | | 07/18/2022 | $742.19 | 895336 |
| | 08/15/2022 | $2,226.57 | 896883 | | 09/19/2022 | $742.19 | 898570 |
| | 10/17/2022 | $742.19 | 900168 | | 11/14/2022 | $726.81 | 901742 |
| | 01/09/2023 | $1,366.95 | 904755 | | 02/13/2023 | $683.48 | 906347 |
| | 03/13/2023 | $683.48 | 907918 | | 04/17/2023 | $683.48 | 909580 |
| | 05/15/2023 | $683.48 | 911065 | | 06/12/2023 | $676.25 | 912575 |
| | 07/17/2023 | $676.24 | 914102 | | 08/14/2023 | $676.25 | 915570 |
| | 09/18/2023 | $676.24 | 917104 | | 10/16/2023 | $676.25 | 918536 |
| | 11/13/2023 | $287.57 | 919978 | | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: June 20, 2024.

Receipts: $50,400.00    -    Paid to Claims: $43,826.39    -    Admin Costs Paid: $5,800.81    =    Funds on Hand: $772.80

Base Plan Amount: $50,400.00    -    Receipts: $50,400.00    =    Total Unpaid Balance: **$0.00

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.