UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

MICHAEL G. BOYD, ESQ.  (049291991)
Boyd & Squitieri, LLC
Chestnut Hill Professional Center
157 Engle Street
Englewood, New Jersey 07631
(201) 894-9800
Attorney for Debtor

Order Filed on January 14, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

LYOD S. MILES,

            DEBTOR.

| | |
|---|---|
| Case No.: | 19-21944-JKS |
| Chapter: | 13 |
| Hearing Date: | October 10, 2024 at 10:00am |
| Judge: | John K. Sherwood |

## CONSENT ORDER RESOLVING MOTION TO DETERMINE THE DEBTOR HAS CURED ALL PRE-PETITION ARREARS AND PAID ALL REQUIRED POST PETITION MORTGAGE PAYMENTS

The relief set forth on the following page is ORDERED.

DATED: January 14, 2025

_____

Honorable John K. Sherwood
United States Bankruptcy Court

THIS MATTER having come before the Court on the Debtor's Motion to Determine Debtor

has cured all Pre-Petition Arrears and Paid all Post-Petition Mortgage payments (Docket 44)

(hereinafter the "Motion") and for the reasons stated on the record and for good cause shown:

IT IS AGREED:

1. Selene Finance LP/Wilmington Savings Fund Society FSB ("Creditor") agrees that the debtor has paid in full the amount required to cure the pre-petition default on the Creditor's claim.

2. Creditor states that the debtor is current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next post-petition payment from the debtor is due on: 12/1/2024.

/s/ Michael G. Boyd
Michael G. Boyd, Esq.
Attorney for Debtor

/s/ Kenneth J. Borger
Kenneth J. Borger, Esq.
Attorney for Creditor