UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MICHAEL G. BOYD, ESQ. (049291991)
Boyd & Squitieri, LLC
Chestnut Hill Professional Center
157 Engle Street
Englewood, New Jersey 07631
(201) 894-9800
Attorney for Debtor

Order Filed on January 14, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

LYOD S. MILES,

    DEBTOR.

Case No.:       19-21944-JKS

Chapter:        13

Hearing Date:   October 10, 2024 at 10:00am

Judge:          John K. Sherwood

# CONSENT ORDER RESOLVING MOTION TO DETERMINE THE DEBTOR HAS CURED ALL PRE-PETITION ARREARS AND PAID ALL REQUIRED POST PETITION MORTGAGE PAYMENTS

The relief set forth on the following page is ORDERED.

DATED: January 14, 2025

_____
Honorable John K. Sherwood
United States Bankruptcy Court

THIS MATTER having come before the Court on the Debtor's Motion to Determine Debtor has cured all Pre-Petition Arrears and Paid all Post-Petition Mortgage payments (Docket 44) (hereinafter the "Motion") and for the reasons stated on the record and for good cause shown:

IT IS AGREED:

1. Selene Finance LP/Wilmington Savings Fund Society FSB ("Creditor") agrees that the debtor has paid in full the amount required to cure the pre-petition default on the Creditor's claim.

2. Creditor states that the debtor is current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next post-petition payment from the debtor is due on: 12/1/2024.

/s/ Michael G. Boyd
Michael G. Boyd, Esq.
Attorney for Debtor

/s/ Kenneth J. Borger
Kenneth J. Borger, Esq.
Attorney for Creditor

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-21944-JKS |
| Lyod S. Miles | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 14, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2025:**

**Recip ID        Recipient Name and Address**
db           + Lyod S. Miles, 83 West Hudson Avenue, Englewood, NJ 07631-1718

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2025              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2025 at the address(es) listed below:

**Name**                **Email Address**

Denise E. Carlon
on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor MTGLQ Investors  L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Harold N. Kaplan
on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust hkaplan@rasnj.com, kimwilson@raslg.com

John R. Morton, Jr.
on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Kenneth Borger, Jr
on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 14, 2025 | Form ID: pdf903 | Total Noticed: 1

| | |
|---|---|
| | Mortgage Acquisition Trust kborger@raslg.com |
| Kevin Gordon McDonald | |
| | on behalf of Creditor MTGLQ Investors  L.P. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Marie-Ann Greenberg | |
| | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Michael G. Boyd | |
| | on behalf of Debtor Lyod S. Miles michaelboydlaw@gmail.com  desireevjanica@gmail.com |
| Shauna M Deluca | |
| | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust sdeluca@hasbanilight.com, hllawpc@gmail.com |
| Sindi Mncina | |
| | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust smncina@raslg.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers, III | |
| | on behalf of Creditor MTGLQ Investors  L.P. ecf@powerskirn.com |

TOTAL: 13